In the Supreme Court of Georgia

Decided: April 22, 2014

S14A0217. ALLEN v. CLARKE.

PER CURIAM.

The judgment of the court below is affirmed without opinion pursuant to Supreme Court Rule 59.

Affirmed without opinion. All the Justices concur.